Form 5

**UNITED STATES DISTRICT COURT**
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AARON K. SHUGARD,<br>Plaintiff,<br>v.<br>CITY OF LAWTON, OKLAHOMA;<br>LT. STEVEN SCHULTE, in his individual capacity; and AMERICAN NATIONAL INSURANCE COMPANY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1302-SLP<br><br>**JURY TRIAL DEMANDED** |

FILED

JUN 0 4 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ______, DEPUTY

**PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS**

*(Required by LCvR 3.1)*

TO THE CLERK OF SAID COURT: Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service |
|---|---|---|
| City of Lawton, Oklahoma | Office of the City Clerk, City of Lawton | 212 SW 9th Street<br>Lawton, OK 73501 |
| Lt. Steven Schulte | Lawton Police Department | 10 SW 4th Street<br>Lawton, OK 73501 |
| American National Insurance Company | Glen Mulready, Oklahoma Insurance Commissioner, as statutory agent | Oklahoma Insurance Department<br>Attn: Legal Division / Service of<br>400 NE 50th Street<br>Oklahoma City, OK 73105 |

*Note re Defendant American National Insurance Company: as a foreign insurer authorized in Oklahoma, service is made on the Oklahoma Insurance Commissioner as statutory agent under 36 O.S. Sec. 621 — submit three (3) copies of the summons and complaint with a $20.00 fee payable to the Oklahoma Insurance Department, sent Certified Mail, Return Receipt Requested.*

Aaron K. Shugard
Name of Plaintiff (Please Type or Print)

[signature]
Signature (Plaintiff)

(580) 215-2870
Telephone No.

1715 140th Street
Street or Mailing Address

Lubbock, TX 79423
City & State / Zip Code