# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

AARON K. SHUGARD,
Plaintiff,
v.
CITY OF LAWTON, OKLAHOMA;
LT. STEVEN SCHULTE, in his individual capacity; and AMERICAN NATIONAL INSURANCE COMPANY,
Defendants.

Case No. ________________

**JURY TRIAL DEMANDED**

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

**American National Insurance Company**
c/o Glen Mulready, Oklahoma Insurance Commissioner, as statutory agent
Oklahoma Insurance Department
Attn: Legal Division / Service of Process
400 NE 50th Street
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron K. Shugard
1715 140th Street
Lubbock, TX 79423
(580) 215-2870
gemlogic@unitedelevation.com
Plaintiff, Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ____________________

*SUMMONS ISSUED:*
10:33 am, Jun 10, 2026
*JOAN KANE, CLERK*

*By:* ____________________

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

' I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

' I returned the summons unexecuted because ______________________ ; or

' Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | | |
|---|---|---|
| AARON K. SHUGARD,<br>Plaintiff,<br>v.<br>CITY OF LAWTON, OKLAHOMA;<br>LT. STEVEN SCHULTE, in his individual capacity; and AMERICAN NATIONAL INSURANCE COMPANY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ______________<br><br>**JURY TRIAL DEMANDED** |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

**Lt. Steven Schulte**
c/o Lawton Police Department
10 SW 4th Street
Lawton, OK 73501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron K. Shugard
1715 140th Street
Lubbock, TX 79423
(580) 215-2870
gemlogic@unitedelevation.com
Plaintiff, Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ____________________

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF OKLAHOMA

*SUMMONS ISSUED:*
10:33 am, Jun 10, 2026
*JOAN KANE, CLERK*

*By:* ______________________________

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

' I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

' I returned the summons unexecuted because ______________________ ; or

' Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 ________ .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________

*Server's signature*

______________________

*Printed name and title*

______________________

*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
for the
Western District of Oklahoma

| | | |
|---|---|---|
| AARON K. SHUGARD, Plaintiff, | ) | Case No. ________________ |
| v. | ) | |
| CITY OF LAWTON, OKLAHOMA; LT. STEVEN SCHULTE, in his individual capacity; and AMERICAN NATIONAL INSURANCE COMPANY, Defendants. | ) | **JURY TRIAL DEMANDED** |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

**City of Lawton, Oklahoma**
c/o Office of the City Clerk, City of Lawton
212 SW 9th Street
Lawton, OK 73501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron K. Shugard
1715 140th Street
Lubbock, TX 79423
(580) 215-2870
gemlogic@unitedelevation.com
Plaintiff, Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ____________________

*SUMMONS ISSUED:*
10:34 am, Jun 10, 2026
*JOAN KANE, CLERK*

*By:*___________________________

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

' I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

' I returned the summons unexecuted because ______________________ ; or

' Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: