ONLY THE INSURANCE COVERAGES INDICATED BY A SPECIFIC LIMIT OF LIABILITY AND/OR PREMIUM AMOUNT ARE PROVIDED.

**NOTICE OF PREMIUM DUE**

**AN PAC**®

POLICY: 35-T-5551E1-0 AGENT: CHERI BARFIELD
INSURED: SHUGARD, AARON
POLICY PERIOD: 03-10-2024 TO 03-10-2025
ENDORSEMENTS:
SH3.35  07-19 SH91101 08-21 SH92565 11-16 SH92764 08-18

| AMOUNT DUE | $4,057.00 |
| DUE DATE | 03-10-2024 |

ALLOW 5 DAYS FOR MAIL TIME

B

AGENT: CHERI BARFIELD
580-353-0333

PENNYMAC LOAN SERVICE LLC
PO BOX 6618
SPRINGFIELD OH  45501

YOUR POLICY DOES NOT PROVIDE PROTECTION FOR LOSS DUE TO AN EARTHQUAKE.

LOAN NO 8195564948

HOMEOWNERS FORM 3 POLICY
THE FOLLOWING PROPERTY IS COVERED BY THIS POLICY:
        7614 NW CASTLE ROCK PL LAWTON OK 73505-4112

RENEWAL  EXTENSION  CERTIFICATE

AMERICAN NATIONAL GENERAL INSURANCE COMPANY          02-02-2024T01
CORPORATE CENTRE  •  1949 E. SUNSHINE  •  SPRINGFIELD, MISSOURI 65899-0001

SM-127H (8-00)

**PLEASE RETURN THIS PORTION OF THE NOTICE WITH YOUR PAYMENT**

INSURED - SHUGARD, AARON                          35-T-5551E1-0 CASTEP
          7614 NW CASTLE ROCK PL
          LAWTON  OK  73505-4112

| AMOUNT DUE | $4,057.00 |
| DUE DATE | 03-10-2024 |
| AMOUNT PAID | |

ALLOW 5 DAYS FOR MAIL TIME

**EXHIBIT 1**

03-26

AMENDED DECLARATION INCLUDED            CHERI BARFIELD            D1556-P  1-SPE
☐ IF ABOVE INFORMATION IS NOT CORRECT, SEE REVERSE SIDE      PRINTED  02-02-2024

00001352055511E1000000000020285004057000326240000135205551E100326241

MORTGAGEE

# AMERICAN NATIONAL GENERAL INSURANCE COMPANY

1949 E. SUNSHINE
SPRINGFIELD, MISSOURI 65899-0001
(417) 887-0220

**POLICY NUMBER**
35-T-555-1E1-0

**POLICY TERM**
03-10-2024 TO 03-10-2025
AND SUBSEQUENT RENEWALS
AT 12:01 A.M. (STD)

THIS **RENEWAL DECLARATION**
REPLACES ALL PRIOR DECLARATIONS, IF ANY, AND WITH POLICY PROVISIONS AND ANY ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETES THIS
HOMEOWNERS POLICY

**NAMED INSURED AND P.O. ADDRESS**
SHUGARD, AARON
7614 NW CASTLE ROCK PL
LAWTON  OK  73505-4112

**LIENHOLDER/MORTGAGEE**
PENNYMAC LOAN SERVICE LLC
PO BOX 6618
SPRINGFIELD OH  45501

**PREMIUM TO BE PAID BY**
MORTGAGEE

**AGENT**
FOR CUSTOMER SERVICE, CALL  PH #580-353-0333
CHERI BARFIELD                    D1556-P  1-SPE

## DESCRIPTION OF INSURED PROPERTY

7614 NW CASTLE ROCK PL LAWTON OK 73505-4112

Primary Dwelling Roof Year: 2021

## RATING INFORMATION, COVERAGES, PREMIUMS, AND LIMITS OF LIABILITY

INSURANCE IS PROVIDED ONLY WITH RESPECT TO THOSE OF THE FOLLOWING COVERAGES WHICH ARE INDICATED BY A SPECIFIC LIMIT OF LIABILITY AND/OR PREMIUM APPLICABLE THERETO.

|  | LIMITS |
|---|---|
| SECTION I - $3,053 All Peril  DEDUCTIBLE | |
| COVERAGE A - DWELLING | $305,300 |
| COVERAGE B - OTHER STRUCTURES | $30,530 |
| COVERAGE C - PERSONAL PROPERTY | $228,975 |
| COVERAGE D - LOSS OF USE | $76,325 |
| SECTION II | |
| COVERAGE E - PERSONAL LIABILITY        (EACH OCCURRENCE) | $1,000,000 |
| COVERAGE F - MEDICAL PAYMENTS TO OTHERS    (EACH PERSON) | $5,000 |

```
----------------------------------- RATING INFORMATION -----------------------------------
CONSTRUCTION: BRICK          PROTECTION: 01  ZONE: 15
        1 FAMILY DWELLING, BUILT IN  1996.      FIRE DIST: LAWTON
DISCOUNTS:  UTILITY SYSTEM/ROOF
```

## LIENHOLDER(S)/MORTGAGEE(S)

1ST PENNYMAC LOAN SERVICE LLC
    ISAOA/ATIMA
    PO BOX 6618
    SPRINGFIELD OH  45501

    LOAN NUMBER - 8195564948

## SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

SH3.35  07-19              SH91101 08-21              SH92565 11-16
SH92764 08-18

SM-126 (12-92)

| TOTAL PREMIUMS | **TOTAL** | CHERI BARFIELD |
|---|---|---|
| | $4057.00 | AUTHORIZED REPRESENTATIVE |

DATE PRINTED  02-02-2024

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

MORTGAGEE



SMART THINKING, REWARDED®

# Homeowners Policy

AMERICAN NATIONAL GENERAL INSURANCE COMPANY
1949 E. SUNSHINE | SPRINGFIELD, MO 65899-0001

IN WITNESS WHEREOF, the Company has caused this policy to be signed by its President and Secretary. If any officer signatures appear throughout this policy, they are amended as follows:

PRESIDENT                           SECRETARY

**To notify us of loss, please call 1.800.333.2860. Thank You.**



**AMERICAN NATIONAL**

# CONSUMER NOTICE

Date:     02-02-2024          AMERICAN NATIONAL GENERAL INSURANCE COMPANY

Consumer:     AARON SHUGARD

Policy Number:     35-T-5551E1-0

We appreciate that you have considered American National for your insurance needs and we are committed to taking a personal interest in helping you protect what you value most. Part of that commitment is ensuring that you receive the best rate to which you are entitled considering the information we use to price your policy.

Many factors affect the price you pay when you purchase or renew an insurance policy. Generic factors, such as the coverage options you select and the discounts offered by your insurance company, have a direct impact on the final price you are required to pay. Information unique to you, such as your claim history and credit history, is also considered during the underwriting process.

All insurers are required by federal and state laws, including the Fair Credit Reporting Act (FCRA), to advise consumers when information from a consumer report contributes to certain adverse actions. Such notice allows you to verify the information in your consumer report so you can be sure that the premium is based upon accurate information.   This notice is being provided to advise you that we may have been able to offer a lower premium if the information from the following consumer report(s) was more favorable:

_____     **CLUE Report.** The CLUE Report provides us with detailed information about your household's claim history. We also use this information when we calculate your premium.


  X     **Insurance Score/Credit Report.** This report is used to calculate your insurance risk score. While your insurance risk score is based on certain portions of your credit information, your credit score is not the same as your insurance risk score. To learn more about insurance risk scores, ask your agent for a copy of the brochure titled, "What's Credit Got To Do With It?"

The following list reflects the top factors impacting your insurance risk score(s):

Reference Number: 23339033611346 – AARON SHUGARD

\# Accts Bad Debt in Last 24 Mos or Derog Pub Rec or Collection is 1 or More.
  No Bad Debt Accts last 2 yr or no Derog Pub Recs or no Collection is Better.
Insufficient Information on Derogatory Public Record.
  Date of Derogatory Public Record Cannot be Determined.
Insufficient Information on Bank Revolving Accounts.
  Bank Revolving Accounts are no Longer Active or they are Closed.
Insufficient Information on Auto Financing Accounts.
  Auto Financing Accounts are no Longer Active or they are Closed.

## CLAIM AUTHORIZATION

Claim #35-T-4TF849

### American National General Insurance Company

This authorization is relative to a loss that occurred on or about May 29, 2024 and is to be used exclusively to investigate all aspects of this loss or matters that pertain thereto.

**THIS AUTHORIZATION OR PHOTOCOPY HEREOF WILL AUTHORIZE YOU TO FURNISH**

All information, documents or records you may have regarding my/our bank statements or records, finances or installment purchases, consumer reports, credit standing or rating, police, traffic or accident reports. This authorization also includes any and all insurance records, utility records (water, gas, electric), cellular phone, telephone and toll-call records.

Any and all other persons or institutions, public or private, not specifically named, to whom a signed, photocopied, or FAX'd copy of this Authorization is presented, are hereby authorized to furnish for review and reproduction any and all documents, photographs, internal and external records, or any other information concerning me which may be requested by American National General Insurance Company or its representatives.

This authorization extends to any business owned by the undersigned.

This authorization also gives the company or its representative's full permission to enter onto the property where the loss occurred for the purpose of conducting any investigation deemed necessary. This includes obtaining photographs and removal of any item or material from the premises or a vehicle for any reason relevant to the investigation of the loss.

This authorization may be revoked at any time, except to the extent American National General Insurance Company has taken action in reliance on the authorization prior to notice of revocation. Such revocation must be in writing, dated, signed, and include the claim number referenced above. I understand that revocation of this authorization may potentially cause a delay in processing, or result in the denial of insurance benefits.

By signing this authorization, the undersigned expressly understands and agrees that any investigation of this loss by the company or its representatives does not waive the terms, conditions or requirements of the contract (or contracts) involved. I have read the authorization and signed this document as a free and voluntary act for the purposes noted above. This authorization will expire at the lesser of the duration of this claim, or not more than 24 months from the date of my signature. I understand that I may obtain a copy of this authorization upon written request submitted to American National General Insurance Company.

Aaron Keith Shepard
Name (as it appears on Social Security card)                    Name (as it appears on Social Security card)

_____ 09-06-2024                    _____
Signature                          Date          Signature                          Date

Witnessed and subscribed before me this _06_ day of _September_ , 20 _24_

_____
Notary Public

**WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.**

CONNOR E. GIAVASIS
STATE OF OKLAHOMA
NOTARY PUBLIC
COMMISSION #-21012088
EXPIRATION-09/13/2025