TO REUSE: Mark through all previous shipping labels and barcodes.

Align top of ... shipping label here.

FedEx

R... Envelope

Rec...

4734 FRI 08/07 06:58
200 NW 4TH ST
PRIORITY OVERNIGHT
257-2530
OKLAHOMA CITY, OK
73102-3027 10
EIP 1
SP PD 100Y

ORIGIN ID:PVWA (580) 215-2870
AARON SHUGARD

1715 140TH ST

LUBBOCK, TX 79423
UNITED STATES US

SHIP DATE: 06AUG26
ACTWGT: 0.80 LB
CAD: 6570107/ROSA2710

Part # 156297-435 RRDB EXP 07/27

TO CLERK OF COURT
U.S. DISTRICT COURTHOUSE
200 NW 4TH ST. ROOM 1210

OKLAHOMA CITY OK 73102

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

FRI - 07 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 0201 8754 3331 7062

73102
OK-US OKC

XS OKCA

RECEIVED
AUG 07 2026
Clerk, U.S. District
WEST. DIST. OF

Align bottom of peel-and-stick airbill or pouch here.