**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AARON K. SHUGARD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAWTON, OKLAHOMA; LT. STEVEN SCHULTE, in his individual capacity; and AMERICAN NATIONAL INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1302-SLP |

**<u>ENTRY OF APPEARANCE</u>**

COMES NOW Robert S. Lafferrandre of PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, L.L.P., and hereby enters his appearance as counsel of record in the above-titled action for Defendant Steven Schulte. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully Submitted,

s/ Robert S. Lafferrandre

Robert S. Lafferrandre, OBA No. 11897
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106
Telephone: 405-235-1611
Facsimile: 405-235-2904
rlafferrandre@piercecouch.com
***Attorney for Steven Schulte***

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of October, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

I also certify that I served the following, who is not a registered participant of the ECF System for filing, via first class mail:

Aaron Shugard
1715 140th Street
Lubbock, TX 79423
*Pro Se Plaintiff*

s/ Robert S. Lafferrandre
Robert S. Lafferrandre